## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| ROBERT DITTMAR, | ) | |
| | ) | **DEFAULT** |
| Plaintiffs, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| v. | ) | CIV 06-1925-PHX-SMM |
| | ) | |
| THUNDERBIRD COLLECTION | ) | |
| SPECIALISTS, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order of August 31, 2007, granting Plaintiff's Motion for Default Judgment, default judgment is entered against Defendant and in favor of Plaintiff. Plaintiff is awarded statutory damages in the amount of $2,000, attorney's fees in the amount of $1,500.00, and costs in the amount of $398.00.

 August    31,   2007      RICHARD H. WEARE
Date                        District Court Executive/Clerk


                            .    s/   Ruth E. Williams
                            By      Ruth E. Williams
                                    Deputy Clerk