1  **WO**

2

3

4

5

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9 Robert Dittmar, | ) No.  CV 06-1925-PHX-SMM |
| | ) |
| 10      Plaintiff, | ) |
| | ) **ORDER AWARDING GARNISHMENT** |
| 11 v. | ) **JUDGMENT AND TRANSFER OF** |
| | ) **FUNDS TO JUDGMENT CREDITOR** |
| 12 Thunderbird Collection | ) |
| Specialists, Inc., | ) |
| 13 | ) |
| | ) |
| 14      Defendant, | ) |
| | ) |
| 15 Wells Fargo Bank, N.A. | ) |
| | ) |
| 16      Garnishee. | ) |
| | ) |
| 17 _____ | ) |

18        It appearing from the Answer of the Garnishee at Docket 17 that the Garnishee,

19  Wells Fargo Bank, P.O. Box 29779, Phoenix, Arizona 85038-9779, was indebted or

20  otherwise in possession of funds of the Judgment Debtor at the time the Writ was

21  served.  There has been no timely objection to the Writ or the Answer of the Garnishee.

22  Accordingly,

23  //

24  //

25  //

**IT IS HEREBY ORDERED**:

a.     That the Judgment Creditor is awarded a Garnishment Judgment in the amount prayed for in the Writ ($3,935.83).

b.     The Garnishee is awarded the sum of $75.00 against the Judgment Debtor's funds as and for the costs of preparing the Answer of the Garnishee.

c.     That the non-exempt funds withheld by the Garnishee upon service of the Writ of Garnishment, up to a total of $3,935.83 shall be transferred to the attorney for the Judgment Creditor upon receipt of this Order.

DATED this 9th day of January, 2008.

Stephen M. McNamee
United States District Judge

- 2 -